1  MATTHEW J. MATERN (SBN 159798)
   mmatern@maternlawgroup.com
2  MATTHEW W. GORDON (SBN 267971)
   mgordon@maternlawgroup.com
3  KAYVON SABOURIAN (SBN 310863)
   ksabourian@maternlawgroup.com
4  MATERN LAW GROUP, PC
   1230 Rosecrans Avenue, Suite 200
5  Manhattan Beach, CA 90266
   Tel: (310) 531-1900
6  Facsimile: (310) 531-1901

7  Attorneys for Plaintiff
8  DEMETREIA GRAY

9  ANTHONY J. DECRISTOFORO, SBN 166171
   anthony.decristoforo@ogletree.com
10 DANIEL E. RICHARDSON, SBN 289327
   daniel.richardson@ogletreedeakins.com
11 OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
12 500 Capitol Mall, Suite 2500
   Sacramento, CA 95814
13 Telephone: 916-840-3150
   Facsimile: 916-840-3159
14 Attorneys for Defendant DAA DRAEXLMAIER
   AUTOMOTIVE OF AMERICA LLC
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETREIA GRAY, an individual, | CASE NO.: 3:20-cv-05790-JCS |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| vs. | |
| DAA DRAEXLMAIER AUTOMOTIVE OF AMERICA LLC, a South Carolina limited liability company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the parties to this action and filed by Plaintiff hereto that this action may be dismissed in its entirety, with prejudice, as to all parties. Each party is to bear her/its own attorneys' fees and costs.

DATED: October 18, 2021                Respectfully submitted,

                                       MATERN LAW GROUP, PC


                                       By:   /s/ Kayvon Sabourian
                                             MATTHEW J. MATERN
                                             MATTHEW W. GORDON
                                             KAYVON SABOURIAN
                                             Attorneys for Plaintiff,
                                             DEMETREIA GRAY

DATED: October 13, 2021                Respectfully submitted,

                                       OGLETREE, DEAKING, NASH, SMOAK &
                                       STEWART, P.C.


                                       By:   /s/ Daniel E. Richardson
                                             ANTHONY J. DECRISTOFORO
                                             DANIEL E. RICHARDSON
                                             Attorneys for Defendant,
                                             DAA DRAEXLMAIER AUTOMOTIVE OF AMERICA
                                             LLC

Dated: October 18, 2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Daniel Richardson, am the ECF user whose identification and password are being used to file this Report. I hereby attest that Plaintiff Demetria Gray's counsel, Kayvon Sabourian, concurs in this filing.

*/s/ Daniel E. Richardson*
Daniel E. Richardson

48961014.1